**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                        §   Case No. 14-20985
                              §
PHYLICIA N LAWSON             §
                              §
                              §
                              §
            Debtor(s)         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 06/10/2015, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/19/2015             By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-20985 |
| | § | |
| PHYLICIA N LAWSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,969.00
*and approved disbursements of* $2,858.88
*leaving a balance on hand of[1]:* $2,110.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,110.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $527.53 | $0.00 | $527.53 |
| David P. Leibowitz, Trustee Expenses | $3.28 | $0.00 | $3.28 |

Total to be paid for chapter 7 administrative expenses: $530.81
Remaining balance: $1,579.31

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,579.31

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,579.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,184.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | US DEPT OF EDUCATION | $21,544.59 | $0.00 | $1,533.74 |
| 2 | American InfoSource LP as agent for | $267.50 | $0.00 | $19.04 |
| 3 | American InfoSource LP as agent for | $372.73 | $0.00 | $26.53 |

|  | Total to be paid to timely general unsecured claims: | $1,579.31 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Phylicia N Lawson  
      Debtor

Case No. 14-20985-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 1     Date Rcvd: May 20, 2015  
                 Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2015.
```
db             +Phylicia N Lawson,    2313 St Charles Road,    Bellwood, IL 60104-1638
22015092       +Allied Interstate LLC,    7525 W. Campus Road,    New Albany, OH 43054-1121
22015090       +Capital One Bank USA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
22015093       +Convergent Outsourcing,    P.O. Box 9004,    Renton, WA 98057-9004
22015097       +Enhanced Recovery Co.,    P.O. Box 57547,    Jacksonville, FL 32241-7547
22015091      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    5050 Kingsley DRMD# 1 MOC2G,,
                 Cincinnati, OH 45263)
22015089        Honor Finance Corp.,    909 Davis Street, Ste 260,    Evanston, IL 60201-3645
22015101       +Nicor,   P.O. Box 5407,    Carol Stream, IL 60197-5407
22015099       +PLS Financial Solutions of,    Illinois, Inc., 10352 Roosevelt,
                 Road, Westchester, IL 60154-2521
22015104       +Primus Lawson,    1114 S 7th,    Mayood, IL 60153-2047
22015103        Sierra Auto Finance,    505 LBJFWY, Ste 700,    Dallas, TX 75244
22015095       +Trident Asset Mgmt.,    53 Perimeter Cente East,    Atlanta, GA 30346-2287
22898533       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
22015098       +US Dept of Education,    2401 International,    Madison, WI 53704-3121
22015102       +Village of Bellwood,    3200 Washington Blvd.,    Bellwood, IL 60104-1984
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22980056        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2015 01:09:58
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
22015100       +Fax: 602-659-2196 May 21 2015 01:05:30      ChexSystem,    7805 Hudson Road,
                 Woodbury, MN 55125-1703
22015096       +E-mail/Text: bankruptcynotices@dcicollect.com May 21 2015 00:53:44      Diversified Consultants,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
22015094       +E-mail/Text: BKInquires@sierraautofinance.com May 21 2015 00:54:25      Sierra Auto Finance,
                 5005 LBJ FWY, Ste 700,    Dallas, TX 75244-6145
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```